LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA,
TALMADGE E. KING, JR., M.D., LEE GOLDMAN, M.D.,
J. MICHAEL BISHOP, M.D.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN EMBURY, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> TALMADGE E. KING, JR., M.D., LEE GOLDMAN, M.D., J. MICHAEL BISHOP, M.D., in their individual and official capacities, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public corporation, and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.  C 01-01448 CW <br><br> **ORDER GRANTING AS MODIFIED STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date:         September 9, 2005 <br> Time:        1:30 p.m. <br> Courtroom: 2 |

Plaintiff Stephen Embury ("plaintiff") and defendants Regents of the University of California, Talmadge E. King, Lee Goldman and J. Michael Bishop ("defendants") (collectively referred to as the "parties") through their respectively counsel stipulate as follows:

WHEREAS, the Case Management Conference in this action is presently scheduled for September 9, 2005;

WHEREAS, defendants Talmadge E. King, Jr., Lee Goldman and Michael Bishop's ("defendants") Appeal of the Court's Order (Qualified Immunity) Denying Summary Judgment is currently pending before the United States Court of Appeal for the Ninth Circuit (the "Appeal");

WHEREAS, defendants' Opening and Reply briefs and plaintiff's Answering brief on the

---

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No.: C 01-01448 CW

1

1 Appeal have been filed with the Ninth Circuit;

2     WHEREAS, the date for oral argument on the Appeal has not yet been set by the Ninth

3 Circuit;

4     WHEREAS, the outcome of the Appeal may impact the action before this Court;

5     WHEREAS, the parties stipulate to continue the Case Management Conference for 120

6 days to **January 13, 2006 at 1:30 p.m.;**

7     IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

8     That the Case Management Conference be continued to **January 13, 2006, at 1:30 p.m.**

9 in Courtroom 2 of the above Court.

10 Dated: September 7, 2005    LAFAYETTE & KUMAGAI LLP

12     /S/ Forrest E. Fang
FORREST E. FANG
Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF
CALIFORNIA, TALMADGE E. KING, JR., M.D.,
LEE GOLDMAN, M.D. and J. MICHAEL
BISHOP, M.D.

16 Dated: September 2, 2005    BASSI, MARTINI & BLUM

19     /S/ Julie Jardine
FRED M. BLUM
JULIE JARDINE
Attorneys for Plaintiff
STEPHEN EMBURY, M.D.

23 IT IS SO ORDERED.

24 Date: 9/9/05    /s/ CLAUDIA WILKEN

25     UNITED STATES DISTRICT JUDGE

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No.: C 01-01448 CW

2