LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA,
TALMADGE E. KING, JR., M.D., LEE GOLDMAN, M.D.,
J. MICHAEL BISHOP, M.D.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN EMBURY, M.D., | Case No.  C 01-01448 CW |
| Plaintiff, | ORDER GRANTING |
| vs. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| TALMADGE E. KING, JR., M.D., LEE GOLDMAN, M.D., J. MICHAEL BISHOP, M.D., in their individual and official capacities, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public corporation, and DOES 1 to 100, inclusive, | Date:          January 13, 2006<br>Time:          1:30 p.m.<br>Courtroom:  2 |
| Defendants. | |

Plaintiff Stephen Embury ("plaintiff") and defendants Regents of the University of California, Talmadge E. King, Lee Goldman and J. Michael Bishop ("defendants") (collectively referred to as the "parties") through their respectively counsel stipulate as follows:

WHEREAS, the Case Management Conference in this action is presently scheduled for January 13, 2006;

WHEREAS, defendants Talmadge E. King, Jr., Lee Goldman and Michael Bishop's ("defendants") Appeal of the Court's Order (Qualified Immunity) Denying Summary Judgment is currently pending before the United States Court of Appeal for the Ninth Circuit (the "Appeal");

WHEREAS, defendants' Opening and Reply briefs and plaintiff's Answering brief on the

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**                                                                1
Case No.: C 01-01448 CW

1 | Appeal have been filed with the Ninth Circuit;

2 | WHEREAS, the date for oral argument on the Appeal was originally set for December 9,

3 | 2005, but was taken off calendar and has not yet been reset for hearing by the Ninth Circuit;

4 | WHEREAS, the outcome of the Appeal may impact the action before this Court;

5 | WHEREAS, the parties stipulate to continue the Case Management Conference to May

6 | 12, 2006 at 1:30 p.m.;

7 | IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

8 | That the Case Management Conference be continued to May 12, 2006, at 1:30 p.m. in

9 | Courtroom 2 of the above Court.

10 | Dated: January 5, 2006                        LAFAYETTE & KUMAGAI LLP

12 | /S/ Forrest E. Fang
FORREST E. FANG
13 | Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF
14 | CALIFORNIA, TALMADGE E. KING, JR., M.D.,
LEE GOLDMAN, M.D. and J. MICHAEL
15 | BISHOP, M.D.

16 | Dated: January 9, 2006                        BASSI, MARTINI & BLUM

19 | /S/ Fred M. Blum
FRED M. BLUM
20 | JULIE JARDINE
Attorneys for Plaintiff
21 | STEPHEN EMBURY, M.D.



GRANTED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Sidebar: LAFAYETTE & KUMAGAI LLP / ATTORNEYS AT LAW / 100 SPEAR STREET, SUITE 600 / SAN FRANCISCO, CALIFORNIA 94105 / (415) 357-4600 / FAX (415) 357-4605

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No.: C 01-01448 CW

2

**SIGNATURE ATTESTATION:**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

      /S/ Forrest E. Fang
      FORREST E. FANG

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on January 9, 2006, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

      /S/ Forrest E. Fang
      FORREST E. FANG

N:\Documents\UC\Embu\Pldg\stip-cont-cmc_01_05_06.doc

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No.:  C 01-01448 CW

3