LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA,
TALMADGE E. KING, JR., M.D., LEE GOLDMAN, M.D.,
J. MICHAEL BISHOP, M.D.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN EMBURY, M.D.,<br><br>                Plaintiff,<br><br>vs.<br><br>TALMADGE E. KING, JR., M.D., LEE GOLDMAN, M.D., J. MICHAEL BISHOP, M.D., in their individual and official capacities, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public corporation, and DOES 1 to 100, inclusive,<br><br>                Defendants. | Case No.  C 01-01448 CW<br><br>**ORDER GRATNING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:         May 12, 2006<br>Time:         1:30 p.m.<br>Courtroom:  2 |

Plaintiff Stephen Embury ("plaintiff") and defendants Regents of the University of California, Talmadge E. King, Lee Goldman and J. Michael Bishop ("defendants") (collectively referred to as the "parties") through their respectively counsel stipulate as follows:

WHEREAS, the Case Management Conference in this action is presently scheduled for May 12, 2006;

WHEREAS, defendants Talmadge E. King, Jr., Lee Goldman and Michael Bishop's ("defendants") Appeal of the Court's Order (Qualified Immunity) Denying Summary Judgment is currently pending before the United States Court of Appeal for the Ninth Circuit (the "Appeal");

WHEREAS, the Court of Appeal issued a Memorandum opinion on May 02, 2006, which

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No.: C 01-01448 CW

1

opinion has not become final;

WHEREAS, the outcome of the Appeal may impact the action before this Court;

WHEREAS, plaintiff's counsel has a conflicting family matter scheduled for the afternoon of May 12, 2006;

WHEREAS, the parties will be in a better position to address the status of the case on May 26, 2006;

WHEREAS, the parties stipulate to continue the Case Management Conference to May 26, 2006 at 1:30 p.m.;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

That the Case Management Conference be continued to May 26, 2006, at 1:30 p.m. in Courtroom 2 of the above Court.

Dated: May 11, 2006                LAFAYETTE & KUMAGAI LLP

                                    /S/ Forrest E. Fang
                                   FORREST E. FANG
                                   Attorneys for Defendants
                                   REGENTS OF THE UNIVERSITY OF
                                   CALIFORNIA, TALMADGE E. KING, JR., M.D.,
                                   LEE GOLDMAN, M.D. and J. MICHAEL
                                   BISHOP, M.D.

Dated: May 11, 2006                BASSI, MARTINI & BLUM

                                    /S/ Fred M. Blum
                                   FRED M. BLUM
                                   JULIE JARDINE
                                   Attorneys for Plaintiff
                                   STEPHEN EMBURY, M.D.

### **ORDER**

The foregoing stipulation having been entered and good cause appearing therefore,

IT IS SO ORDERED.

                                   /s/ CLAUDIA WILKEN
                                   _____
DATED: May 12, 2006                THE HONORABLE CLAUDIA WILKEN
                                   UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No.: C 01-01448 CW

2

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

**SIGNATURE ATTESTATION:**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

          /S/ Forrest E. Fang
          FORREST E. FANG

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on May 11, 2006, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

          /S/ Forrest E. Fang
          FORREST E. FANG

N:\Documents\UC\Embu\Pldg\stip-cont-cmc_05_11_06.doc

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No.:  C 01-01448 CW

3