```
1   LAFAYETTE & KUMAGAI LLP
    GARY T. LAFAYETTE (State Bar No. 088666)
2   SUSAN T. KUMAGAI (State Bar No. 127667)
    FORREST E. FANG (State Bar No. 122805)
3   100 Spear Street, Suite 600
    San Francisco, California 94105
4   Telephone:   (415) 357-4600
    Facsimile:   (415) 357-4605
5
    Attorneys for Defendants
6   REGENTS OF THE UNIVERSITY OF CALIFORNIA,
    TALMADGE E. KING, JR., M.D., LEE GOLDMAN, M.D.,
7   J. MICHAEL BISHOP, M.D.

8   Fred M. Blum, Esq. (SBN# 101586)
    BASSI, MARTINI & BLUM (SBN# 200524)
9   351 California Street, Suite 200
    San Francisco, California 94104
10  Telephone:   (415) 397-9006
    Facsimile:   (415) 397-1339
11  Attorneys for Plaintiff
12  STEPHEN EMBURY, M.D.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN EMBURY, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> TALMADGE E. KING, JR., M.D., LEE GOLDMAN, M.D., J. MICHAEL BISHOP, M.D., in their individual and official capacities, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public corporation, and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.  C 01-01448 CW <br><br> **ORDER GRANTING AS MODIFIED STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date:        May 26, 2006 <br> Time:       1:30 p.m. <br> Courtroom:  2 |

Plaintiff Stephen Embury ("plaintiff") and defendants Regents of the University of California, Talmadge E. King, Lee Goldman and J. Michael Bishop ("defendants") (collectively referred to as the "parties") through their respectively counsel stipulate as follows:

WHEREAS, the Case Management Conference in this action is presently scheduled for May 26, 2006;

WHEREAS, defendants Talmadge E. King, Jr., Lee Goldman and Michael Bishop's ("defendants") Appeal of the Court's Order Denying Summary Judgment is currently pending before the United States Court of Appeal for the Ninth Circuit (the "Appeal");

WHEREAS, the Court of Appeal issued a ruling on defendants' appeal on May 02, 2006;

WHEREAS, the plaintiff filed a Petition for Rehearing and Rehearing en Banc of the Court of Appeal's ruling ("Petition for Rehearing") on May 16, 2006;

WHEREAS, the parties stipulate to continue the Case Management Conference to July 28, 2006 at 1:30 p.m., pending the Ninth Circuit's decision on the Petition for Rehearing.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

That the Case Management Conference be continued to July 28, 2006, at 1:30 p.m. in Courtroom 2 of the above Court.

Dated:  May 24, 2006        LAFAYETTE & KUMAGAI LLP
                            /S/ Susan T. Kumagai
                            SUSAN T. KUMAGAI
                            Attorneys for Defendants
                            REGENTS OF THE UNIVERSITY OF
                            CALIFORNIA, TALMADGE E. KING, JR., M.D.,
                            LEE GOLDMAN, M.D. and J. MICHAEL BISHOP,
                            M.D.

Dated:  May 24, 2006        BASSI, MARTINI & BLUM
                            /S/ Fred M. Blum
                            FRED M. BLUM
                            JULIE JARDINE
                            Attorneys for Plaintiff
                            STEPHEN EMBURY, M.D.

## ORDER

The foregoing stipulation having been entered and good cause appearing therefore,

1      IT IS SO ORDERED **AS MODIFIED:**  Counsel shall file on July 21, 2006, a Case
2  Management Statement with proposed dates, and, upon the filing of the Case Management Statement, the Court will issue a scheduling order and no Case Management Conference
3  will be held.

*/s/ Claudia Wilken*

4  DATED:  May 30, 2006      THE HONORABLE CLAUDIA WILKEN
5      UNITED STATES DISTRICT COURT JUDGE