1  BASSI, MARTINI, EDLIN & BLUM
   FRED M. BLUM (SBN 101586)
2  351 California, Suite 200
   San Francisco, CA  94104
3  Tel: (415) 397-9006
   Fax: (415) 397-1339
4
   SINCLAIR LAW OFFICES
5  ANDREW THOMAS SINCLAIR (SBN 72681)
   Rotunda Building, Suite 160
6  300 Frank H. Ogawa Plaza
   Oakland, CA 94612
7  Tel: (510) 465-5300
   Fax: (510) 465-5356
8
   Attorneys for Plaintiff
9
   LAFAYETTE & KUMAGAI LLP
10 GARY T. LAFAYETTE (State Bar No. 088666)
   SUSAN T. KUMAGAI (State Bar No. 127667)
11 100 Spear Street, Suite 600
   San Francisco, California 94105
12 Telephone:   (415) 357-4600
   Facsimile:   (415) 357-4605
13
   Attorneys for Defendants
14 REGENTS OF THE UNIVERSITY OF CALIFORNIA,
   TALMADGE E. KING, JR., M.D., LEE GOLDMAN, M.D.,
15 J. MICHAEL BISHOP, M.D.

16

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19

20 STEPHEN EMBURY, M.D.,                    Case No.  C-01-01448 CW EDL

21            Plaintiff,

22 vs.                                       **ORDER GRANTING STIPULATION
                                             TO CONTINUE DATE FOR FILING
23 TALMADGE E. KING, JR., M.D., LEE          OF UPDATED JOINT CASE
   GOLDMAN, M.D., J. MICHAEL BISHOP,         MANAGEMENT STATEMENT**
24 M.D., in their individual and official
   capacities, THE REGENTS OF THE            **Date:  July 21, 2006**
25 UNIVERSITY OF CALIFORNIA, a public
   corporation, and DOES 1 to 100, inclusive,
26
             Defendants.
27

28
                                                                        1
   Stipulation to Continue Date for Filing of Joint Mgmt Conference Statement
   Case No.:  C-01-01448 CW EDL

1   Plaintiff Stephen Embury ("plaintiff") and defendants Regents of the University of

2   California, Talmadge E. King, Lee Goldman and J. Michael Bishop ("defendants") (collectively

3   referred to as the "parties") through their respectively counsel stipulate as follows:

4   WHEREAS, an updated Case Management Conference Statement in this action was due

5   on July 21, 2006;

6   WHEREAS, the parties are attempting to resolve this action prior to engaging in further

7   discovery and/or other activity related to the further litigation of this matter;

8   WHEREAS, the parties stipulate to continue the filing of the Joint Case Management

9   Conference Statement for 30 to 60 days to provide sufficient time to attempt to resolve the matter

10   prior to engaging in further activity;

11   IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

12   That the filing of the Joint Case Management Conference Statement be continued to

13   September 22, 2006.

14   Dated:  July 24, 2006                    LAFAYETTE & KUMAGAI LLP

15                                                     /S/ Susan T. Kumagai
16                                                    SUSAN T. KUMAGAI
                                                      Attorneys for Defendants
17                                                    REGENTS OF THE UNIVERSITY OF
                                                      CALIFORNIA, TALMADGE E. KING, JR., M.D.,
18                                                    LEE GOLDMAN, M.D. and J. MICHAEL
                                                      BISHOP, M.D.
19

20   Dated:  July 24, 2006                    SINCLAIR LAW OFFICE

21                                                     /S/ Andrew Thomas Sinclair
22                                                    ANDREW THOMAS SINCLAIR
                                                      Attorneys for Plaintiff
23                                                    STEPHEN EMBURY, M.D.

24

25

26

27

28

2

1

## **ORDER**

2

The foregoing stipulation having been entered and good cause appearing therefore,

3

IT IS SO ORDERED.

/s/ CLAUDIA WILKEN

4

DATED:  July 31, 2006

5

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**SIGNATURE ATTESTATION:**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.


                /S/ Susan T. Kumagai
                SUSAN T. KUMAGAI

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on July 24, 2006, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.


                /S/ Susan T. Kumagai
                SUSAN T. KUMAGAI