IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN EMBURY, M.D., | No. C 01-1448 CW |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO TAX COSTS ON APPEAL |
| v. | |
| TALMADGE E. KING, JR., M.D., et al., | |
| Defendants. | |

Defendants Talmadge E. King, Jr., Lee Goldman, and J. Michael Bishop move, pursuant to Federal Rule of Appellate Procedure 39(e), Civil Local Rule 54-1 and the Ninth Circuit's judgment in their favor, to tax their costs on appeal. Plaintiff Stephen Embury has not opposed the motion. The matter was taken under submission on the papers. Having considered the papers filed by Defendants, and good cause appearing, the Court GRANTS the motion to tax costs on appeal. Defendants shall recover of Plaintiff $535 in total costs, including their filing fee and the reporter's transcript on appeal.

IT IS SO ORDERED.

Dated: 8/9/06

CLAUDIA WILKEN
United States District Judge

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2