LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA,
TALMADGE E. KING, JR., M.D., LEE GOLDMAN, M.D.,
J. MICHAEL BISHOP, M.D.

Fred M. Blum, Esq. (SBN# 101586)
BASSI, MARTINI & BLUM (SBN# 200524)
351 California Street, Suite 200
San Francisco, California 94104
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339
Attorneys for Plaintiff
STEPHEN EMBURY, M.D.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN EMBURY, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> TALMADGE E. KING, JR., M.D., LEE GOLDMAN, M.D., J. MICHAEL BISHOP, M.D., in their individual and official capacities, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public corporation, and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No. C 01-01448 CW <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** AS MODIFIED <br> Date:   December 1, 2006 <br> Time:   1:30 p.m. <br> Courtroom:   2 |

    Plaintiff Stephen Embury ("plaintiff") and defendants Regents of the University of California, Talmadge E. King, Lee Goldman and J. Michael Bishop ("defendants") (collectively referred to as the "parties") through their respective counsel stipulate as follows:

    WHEREAS, the Case Management Conference in this action is presently scheduled for

1  December 1, 2006;

2  WHEREAS, the parties have reached an agreement to settle this action and are in process

3  of finalizing their settlement;

4  WHEREAS, the parties stipulate to continue the Joint Case Management Conference for

5  60 days to provide sufficient time for the parties to finalize their settlement of this action;

6  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

7  That the Case Management Conference be continued to January 30, 2007, at 1:30 p.m. in

8  Courtroom 2 of the above Court.

9  Dated: December 1, 2006                   LAFAYETTE & KUMAGAI LLP
                                              /S/ Susan T. Kumagai
10                                            _____
                                              SUSAN T. KUMAGAI
11                                            Attorneys for Defendants
                                              REGENTS OF THE UNIVERSITY OF
12                                            CALIFORNIA, TALMADGE E. KING, JR., M.D.,
                                              LEE GOLDMAN, M.D. and J. MICHAEL
13                                            BISHOP, M.D.

14  Dated: December 1, 2006                   BASSI, MARTINI & BLUM
                                              /S/ Fred M. Blum
15                                            _____
                                              FRED M. BLUM
16                                            JULIE JARDINE
                                              Attorneys for Plaintiff
17                                            STEPHEN EMBURY, M.D.

18

19                                          **ORDER**

20  The foregoing stipulation having been entered and good cause appearing therefore,

21  IT IS SO ORDERED, **EXCEPT THE CMC IS CONTINUED TO 2/2/07 AT 1:30 P.M.**

22  DATED: December __1__, 2006              _____
                                              THE HONORABLE CLAUDIA WILKEN
23                                            UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT                    2
CONFERENCE
Case No.: C 01-01448 CW

**SIGNATURE ATTESTATION:**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/S/ Susan T. Kumagai
SUSAN T. KUMAGAI

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on December 1, 2006, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/S/ Susan T. Kumagai
SUSAN T. KUMAGAI

N:\Documents\UC\Embu\Pldg\stip-cont-cmc_11_30_06.doc

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C 01-01448 CW

3