LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA,
TALMADGE E. KING, JR., M.D., LEE GOLDMAN, M.D.,
J. MICHAEL BISHOP, M.D.

Fred M. Blum, Esq. (SBN# 101586)
BASSI, MARTINI & BLUM (SBN# 200524)
351 California Street, Suite 200
San Francisco, California 94104
Telephone:   (415) 397-9006
Facsimile:    (415) 397-1339
Attorneys for Plaintiff
STEPHEN EMBURY, M.D.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| STEPHEN EMBURY, M.D., | Case No. C 01-01448 CW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** AS MODIFIED |
| TALMADGE E. KING, JR., M.D., LEE GOLDMAN, M.D., J. MICHAEL BISHOP, M.D., in their individual and official capacities, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public corporation, and DOES 1 to 100, inclusive, | Date:         February 2, 2007<br>Time:         1:30 p.m.<br>Courtroom:  2 |
| Defendants. | |

Plaintiff Stephen Embury ("plaintiff") and defendants Regents of the University of California, Talmadge E. King, Lee Goldman and J. Michael Bishop ("defendants") (collectively referred to as the "parties") through their respective counsel stipulate as follows:

///

1  WHEREAS, the Case Management Conference in this action is presently scheduled for
2  February 2, 2007;
3  WHEREAS, the parties have reached an agreement to settle this action, are in the process
4  of finalizing their settlement and will need additional time to finalize their settlement;
5  WHEREAS, the parties stipulate to continue the Joint Case Management Conference for
6  60 days, to provide additional time for the parties to finalize their settlement of this action;
7  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:
8  That the Case Management Conference be continued to April 6, 2007, at 1:30 p.m. in
9  Courtroom 2 of the above Court.

10 Dated: January 31, 2007                LAFAYETTE & KUMAGAI LLP
11                                        /S/ Susan T. Kumagai
                                          SUSAN T. KUMAGAI
12                                        Attorneys for Defendants
                                          REGENTS OF THE UNIVERSITY OF
13                                        CALIFORNIA, TALMADGE E. KING, JR., M.D.,
                                          LEE GOLDMAN, M.D. and J. MICHAEL
14                                        BISHOP, M.D.

15
   Dated: January 31, 2007                BASSI, MARTINI & BLUM
16                                        /S/ Fred M. Blum
                                          FRED M. BLUM
17                                        JULIE JARDINE
                                          Attorneys for Plaintiff
18                                        STEPHEN EMBURY, M.D.
19

## ORDER

20
21  The foregoing stipulation having been entered and good cause appearing therefore,
22  IT IS SO ORDERED, EXCEPT THE CASE MANAGEMENT CONFERENCE IS
    CONTINUED TO 4/13/07 AT 1:30 P.M.
23
   DATED: __2/1_____, 2007            THE HONORABLE CLAUDIA WILKEN
24                                        UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Claudia Wilken

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT                2
CONFERENCE
Case No : C 01-01448 CW

**SIGNATURE ATTESTATION:**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/S/ Susan T. Kumagai
SUSAN T. KUMAGAI

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on January 31, 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/S/ Susan T. Kumagai
SUSAN T. KUMAGAI

N:\Documents\UC\Embu\Pldg\stip-cont-cmc_01_31_07.doc

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No : C 01-01448 CW

3